1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10   MICHAEL LEE SCHWITZKE JR,

11            Plaintiff,                    CASE NO. 3:16-CV-06019-DWC

12      v.                                  ORDER GRANTING MOTION FOR
                                            EAJA FEES AND COSTS
13   NANCY A BERRYHILL, Acting
     Commissioner of Social Security,
14
             Defendant.
15

16        Plaintiff Michael Lee Schwitzke, Jr. filed a Motion for EAJA Fees and Costs, seeking

17   attorney's fees under the Equal Access to Justice Act ("EAJA"). Dkt. 23. Pursuant to 28 U.S.C. §

18   636(c), Federal Rule of Civil Procedure 73 and Local Rule MJR 13, the parties have consented to

19   have this matter heard by the undersigned Magistrate Judge. *See* Dkt. 5.

20        Defendant asserted her position in this matter was substantially justified and requested no

21   fee be awarded. Dkt. 25. The Court found Defendant's position was not substantially justified

22   and found Plaintiff's fee request was reasonable. *See* Dkt. 27. The Court allowed Plaintiff to file

23   an amended fee request before entering an order granting Plaintiff's Motion. *Id.*

24

On January 8, 2018, Plaintiff filed the Amended Motion for EAJA Fees and Costs. Dkt. 28. In light of the Court's previous Order and Plaintiff's amended fee petition, the Court hereby grants Plaintiff's Motion as follows:

Plaintiff is awarded costs in the amount of $419.00.

Plaintiff is awarded expenses in the amount of $6.61.

Plaintiff is awarded attorney's fees in the amount of $7,493.77, representing 38.30 hours of work, for a total award of $7,918.38 ("EAJA Award"), pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010).

The Acting Commissioner shall contact the Department of Treasury to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government shall honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Plaintiff's counsel, Teal Parham. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel at 910 12th Avenue, PO Box 757, Longview, Washington 98632.

Dated this 8th day of January, 2018.

David W. Christel
United States Magistrate Judge